FILED

1  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@AlvaradoSmith.com
2  MARIEL A. GERLT (CA Bar No. 251119)
   mgerlt@AlvaradoSmith.com
3  ALVARADOSMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel: (714) 852-6800
   Fax: (714) 852-6899
6
   Attorneys for Defendant
7  AETNA LIFE INSURANCE COMPANY, erroneously
   sued as AETNA INC.
8

2013 OCT 25  PM 3: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

BY FAX

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INTERNATIONAL HEALTH NET, INC., | CASE NO.: **SACV13-01682 JLS (DFMx)** |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| AETNA INC., and DOES 1 to 5, | |
| Defendants. | |

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

TO THE HONORABLE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT defendant Aetna Life Insurance Company, erroneously sued as Aetna Inc. ("Aetna" or "Defendant"), by its attorneys, respectfully files this Notice of Removal, pursuant to 28 U.S.C. §§ 1441 *et seq.*, to remove the above-captioned matter from the Superior Court of the State of California for the County of Orange, in which the case is now pending, to the United States District

1

COPY

Court for the Central District of California.  In support thereof, Defendant states as follows:

1.    On or around September 23, 2013 plaintiff United International Health Net, Inc. ("Plaintiff") filed a Complaint in the Superior Court of the State of California for the County of Orange, case number 30-2013-00677001-CL-CL-CJC.

2.    Defendant was served with the Summons and Complaint on September 27, 2013.

3.    This Notice of Removal is timely pursuant to 28 U.S.C. § 1446 because it is filed within thirty days of Defendant's initial receipt of the Complaint.  A copy of the Summons and Complaint is attached hereto as Exhibit "1," as required by 28 U.S.C. § 1446(a).  Defendant has not received any other process, pleadings or orders. Pursuant to Federal Rule of Civil Procedure, Rule 5 and Local Rule 5-1, personal identification numbers and information have been redacted from Exhibit "1."

4.    This action is a civil action on which this Court has original jurisdiction under 28 USC § 1331, and is one which Defendant may remove to this Court pursuant to 28 USC § 1441(a).  The action arises from the laws of the United States, because in the Complaint, Plaintiff contends that Aetna improperly refused to pay for certain medical care that was received by Plaintiff's purported assignor, "P.G." ("Assignor"), from providers Dr. Jesus Garcia Escobosa, Lomas Ambulance Service, Dr. Francisco J. Chavez, Dr. Manuel Alvarez Quinonez, and Clinica Lomas Hospital.  *See* Exhibits A-B of Complaint.

5.    Aetna entered into an agreement with Futurewei Technologies, Inc. ("Futurewei"), pursuant to which Aetna Life Insurance Company agreed to provide a fully insured ERISA[1] EPO medical benefits plain ("Plan") to Futurewei.  The Plan was part of Futurewei employee welfare benefit plan.  The Assignor was a participant

---

[1] The Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C §§ 1001-1461 ("ERISA").

1  in the Plan.   As such, Defendant is entitled to removal based upon federal question.

2         6.      Because this action involves a claim, *inter alia*, to recover the costs of
3  medical care provided to a participant in an employee welfare benefit plan, it is
4  governed by ERISA.   Under ERISA, this Court has concurrent original jurisdiction
5  pursuant to the provisions of 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e)(1).

6         7.      Under the United States Supreme Court decisions in *Metropolitan Life*
7  *Ins. Co. v Taylor,* 481 U.S. 58 (1987) and *Pilot Life Ins. Co. v Dedeaux,* 481 U.S. 41
8  (1987), the allegations in the Complaint are sufficient to bring this case within the
9  provisions of ERISA, which provides the exclusive remedy for actions within its
10 scope and preempts all other remedies. *See also* 29 U.S.C. § 1144.

11        8.      Indeed, even if a suit facially asserts only state law claims, it is
12 removable, as arising under ERISA when such claims are related to the plan. *See*
13 *Schrader v Hamilton,* 959 F.Supp 1205, 1208 (C.D. Cal 1997) (citing *Metropolitan*
14 *Life, supra,* 481 U.S. at 67).   In fact, the courts have held that all claims that relate to
15 employee benefit plans are automatically recharacterized as federal in nature, and are,
16 therefore, removable.   *Metropolitan Life,* 481 U.S. at 58; *accord, Whitt v Sherman*
17 *Int'l Corp.,* 147 F.3d 1325, 1329-30 (11th Cir. 1998).   Here, the Complaint clearly is
18 facially related to the relevant Plan and as such, this Court has jurisdiction under the
19 federal question.

20        9.      Aetna will give written notice of the filing of this Notice of Removal to
21 Plaintiff, through their counsel, and will file a copy of this Notice of Removal with the
22 Superior Court of the State of California for the County of Orange, as required by 28
23 U.S.C. § 1446(d).

24        10.     No consent to removal is necessary as Aetna is the only named
25 defendant.   No consent is necessary as to remaining defendants and Does 1 through 5
26 because, upon information and belief, those defendants have not been named or
27 served.   Thus, no consent to removal is necessary as to the remaining defendants and
28 Does 1 through 5.

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

3

**NOTICE OF REMOVAL**

11.     Payment of the appropriate fees and costs for removal and docketing of this matter in federal court, if any, are tendered with this Notice.

WHEREFORE, Defendant respectfully requests that this action proceed in this Court as an action properly removed hereto.

DATED:  October 25, 2013

ALVARADOSMITH
A Professional Corporation


By: _____
S. CHRISTOPHER YOO
MARIEL A. GERLT
Attorneys for  Defendant
AETNA LIFE INSURANCE
COMPANY, erroneously sued as AETNA
INC.

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

3709189.2 -- N1268.6

# Exhibit "A"

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>Aetna Inc., and Does 1 to 5<br><br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br>United International Health Net, Inc. | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**09/23/2013** at 12:28:01 PM<br>Clerk of the Superior Court<br>By Olga Moreno,Deputy Clerk |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Orange County Superior Court<br><br>700 Civic Center West<br>Santa Ana, CA 92701-4045 | CASE NUMBER<br>*(Número del Caso):* 30-2013-00677001-CL-CL-CJC |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael Sayer, #141038
Debt Recovery Attorneys, 17595 Harvard, Suite C-557, 949-341-0207

| DATE: 09/23/2013 | ALAN CARLSON, Clerk of the Court | Clerk, by *Olga moreno* | , Deputy |
|---|---|---|---|
| *(Fecha)* | | *(Secretario)* Olga Moreno | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Aetna, Inc.

   under: ☒ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br>www.accesslaw.com |
|---|---|---|

PLD-C-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Michael Sayer, 141038<br>Debt Recovery Attorneys<br>17595 Harvard, Suite C-557, Irvine, CA 92614<br>TELEPHONE NO 949-341-0207   FAX NO *(Optional)*<br>E-MAIL ADDRESS *(Optional)*: msayer@clmapc.com<br>ATTORNEY FOR *(Name)*: United International Health Net, Inc. | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**09/23/2013** at 12:28:01 PM<br>Clerk of the Superior Court<br>By Olga Moreno, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS 700 Civic Center Dr West
MAILING ADDRESS Santa Ana, CA 92701
CITY AND ZIP CODE
BRANCH NAME Central

PLAINTIFF: United International Health Net, Inc.

DEFENDANT: Aetna Inc., and Does 1 to 5

☑ DOES 1 TO ___5___

| CONTRACT | | CASE NUMBER: |
|---|---|---|
| ☑ COMPLAINT   ☐ AMENDED COMPLAINT *(Number):*<br>☐ CROSS-COMPLAINT   ☐ AMENDED CROSS-COMPLAINT *(Number):* | | 30-2013-00677001-CL-CL-CJC |

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| ☑ ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded ☐ does not exceed $10,000<br>         ☑ exceeds $10,000 but does not exceed $25,000<br>☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>     ☐ from limited to unlimited<br>     ☐ from unlimited to limited | 30-2013-00677001-CL-CL-CJC |

1. Plaintiff* *(name or names):* United International Health Net, Inc.

   alleges causes of action against defendant* *(name or names):* Aetna Inc., and Does 1 to 5

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      ☑ except plaintiff *(name):* United International Health Net, Inc.
         (1) ☑ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity *(describe):*
         (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      ☑ except defendant *(name):* Aetna Inc.                    ☐ except defendant *(name):*
         (1) ☐ a business organization, form unknown         (1) ☐ a business organization, form unknown
         (2) ☑ a corporation                                         (2) ☐ a corporation
         (3) ☐ an unincorporated entity *(describe):*            (3) ☐ an unincorporated entity *(describe):*

         (4) ☐ a public entity *(describe):*                        (4) ☐ e public entity *(describe):*

         (5) ☐ other *(specify):*                                      (5) ☐ other *(specify):*

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

www.accesslaw.com

PLD-C-001(1)

| SHORT TITLE: United v. Aetna | CASE NUMBER |
|---|---|

<u>1</u>
(number)

## CAUSE OF ACTION—Breach of Contract

ATTACHMENT TO  ☑ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* United International Health Net, Inc.

alleges that on or about *(date):* 3/17/2013 or at specific times to be proven at trial
a  ☑ written  ☐ oral  ☐ other *(specify):*
agreement was made between *(name parties to agreement):* Aetna Inc., and Does 1 to 5

☑ A copy of the agreement is attached as Exhibit A, or
☐ The essential terms of the agreement  ☐ are stated in Attachment BC-1  ☑ are as follows *(specify):*
Assignor on Exhibit B is an insured of the named defendant. The Assignor incurred medical expenses and submitted the expenses to Plaintiff. Plaintiff is a 3rd party medical services entity representing various international medical providers. Plaintiff submitted 3rd party medical invoices to defendant for payment. Plaintiff has obtained assignments from the Assignor to collect the medical expenses incurred by the Assignor.

BC-2. On or about *(dates):* 3/26/13 or at specific times to be proven at trial
defendant breached the agreement by  ☐ the acts specified in Attachment BC-2  ☑ the following acts
*(specify):* Defendants failed to pay for the medical bills as required by the health insurance contracts between Assignors and defendants and Does 1 to 5.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4  ☑ as follows *(specify):* $14,078.06  or an amount according to proof

BC-5. ☑ Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☑ according to proof.

BC-6. ☐ Other:

Page _____

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

## CAUSE OF ACTION—Breach of Contract

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

*www.accesslaw.com*

PLD-C-001(2)

| SHORT TITLE: United v. Aetna | CASE NUMBER: |
|---|---|

__2__
(number)

## CAUSE OF ACTION—Common Counts

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* United International Health Net

alleges that defendant *(name):* Aetna Inc., and Does 1 to 5

became indebted to ☑ plaintiff ☐ other *(name):*

a. ☐ within the last four years
    (1) ☐ on an open book account for money due.
    (2) ☐ because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. ☑ within the last ☐ two years ☑ four years
    (1) ☐ for money had and received by defendant for the use and benefit of plaintiff. for work, labor,
    (2) ☑ services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
        ☑ the sum of $ 14,078.06 or an amount according to proof
        ☑ the reasonable value.
    (3) ☐ for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
        ☐ the sum of $
        ☐ the reasonable value.
    (4) ☐ for money lent by plaintiff to defendant at defendant's request.
    (5) ☐ for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
    (6) ☐ other *(specify):*

CC-2. $14,078.06 , which is the reasonable value, is due and unpaid despite plaintiff's demand,

plus prejudgment interest ☑ according to proof ☐ at the rate of _10.00_ percent per year

from *(date):* 3/26/13 or a date to be proven at trial

CC-3. ☑ Plaintiff is entitled to attorney fees by an agreement or a statute
    ☐ of $
    ☑ according to proof.

CC-4. ☐ Other:

Page _____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—Common Counts

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

www.accesslaw.com

# EXHIBIT A

**Assignments for Services 3/17/13 to 3/19/13**

# UNITED INTERNATIONAL HEALTH NET

**P.O. BOX 3220 • CHULA VISTA, CA 91909-3220**
**642 THIRD AVENUE • SUITE "H" • CHULA VISTA, CA 91910**
**(619) 425-5083 • Fax: (619) 425-4531**
e-mail: celia@uihn.net

## ASSIGNMENT AND INSTRUCTIONS FOR DIRECT PAYMENT TO DOCTOR
## PRIVATE AND GROUP ACCIDENT AND HEALTH INSURANCE.
### DECLARATION:

Patient: _____ ▓▓▓▓▓▓▓▓▓▓▓ _____

SS#ID#: _____ ▓▓▓▓▓▓▓▓▓ _____ —CASE 145-9999985

CLAIM /GROUP:    8810SS -011- 60001

I _____ ▓▓▓▓▓▓ _____ HEREBY DECLARE
UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FOLLOWING IS TRUE AND CORRECT:

I declare that I am signing a **DIRECT ASSIGNMENT OF MY RIGHTS AND**
**BENEFITS** under my Hospital and Medical Insurance Policy.
I hereby instruct and direct for my Insurance COMPANY (name of insurance Company)

_AETNA / STONEBRIDGE CASUALTY INSURANCE COMPANY_
To pay by check made out and mailed to:
UNITED INTERNATIONAL HEALTH NET, INC.
P.O. BOX 3220
CHULA VISTA, CA 91910
TAX ID#: 33-0907210

For the professional services or medical expenses allowable under my current insurance policy for
services rendered to me by:   DR. JESUS GARCIA ESCOBOSA
Name of provider: _____
This is payment toward the total charges for the professional services rendered to me by the assigned
providers. **THIS IS A DIRECT ASSIGNMENT OF MY RIGHTS AND BENEFITS**
**UNDER MY INSURANCE POLICY.** The payment will not exceed my indebtness to the
above mentioned assignee, and I have agreed to pay in a current manner, any balance of said
professional charges, over and above this insurance payment.

**A PHOTOCOPY OF THIS ASSIGNEMENT shall be considered as effective and valid**
**as the original.**
**I also authorize the release of any information pertinent to my case to UIHN, any**
**insurance company, adjuster, or attorney involved in this case.**

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES
OF AMERICA AND OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE
AND CORRECT. Assignor and Assignee agree that in the event of any action to enforce any benefit
or right under this agreement, that the jurisdiction of said enforcement shall be in the superior Court
of California, County of Orange.
EXECUTED THIS DAY      _March 17/13_

Signature of Policy Holder: X ▓▓▓▓▓▓▓▓▓▓▓▓▓

Signature of Claimant, if other than Policyholder: _____

Witness: _____

# UNITED INTERNATIONAL HEALTH NET

P.O. BOX 3220 • CHULA VISTA, CA 91909-3220
642 THIRD AVENUE • SUITE "H" • CHULA VISTA, CA 91910
(619) 425-5083 • Fax: (619) 425-4531
e-mail: celia@nihn.net

### ASSIGNMENT AND INSTRUCTIONS FOR DIRECT PAYMENT TO DOCTOR
### PRIVATE AND GROUP ACCIDENT AND HEALTH INSURANCE.
### DECLARATION:

Patient: _____

SS#/ID#: _____

CLAIM /GROUP: _881055 -011- 60001 -CASE 145 9999985_

I _____ HEREBY DECLARE
UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FOLLOWING IS TRUE AND CORRECT:

I declare that I am signing a DIRECT ASSIGNMENT OF MY RIGHTS AND
BENEFITS under my Hospital and Medical Insurance Policy.
I hereby instruct and direct for my Insurance COMPANY (name of insurance Company)

_AETNA / STONEBRIDGE CASUALTY INSURANCE COMPANY_

To pay by check made out and mailed to:
UNITED INTERNATIONAL HEALTH NET, INC.
P.O. BOX 3220
CHULA VISTA, CA 91910
TAX ID#: 33-0907210

For the professional services or medical expenses allowable under my current insurance policy for
services rendered to me by:
Name of provider: _____ LOMAS AMBULANCE SERVICE _____
This is payment toward the total charges for the professional services rendered to me by the assigned
providers. THIS IS A DIRECT ASSIGNMENT OF MY RIGHTS AND BENEFITS
UNDER MY INSURANCE POLICY. The payment will not exceed my indebtness to the
above mentioned assignee, and I have agreed to pay in a current manner, any balance of said
professional charges, over and above this insurance payment.

A PHOTOCOPY OF THIS ASSIGNEMENT shall be considered as effective and valid
as the original.
I also authorize the release of any information pertinent to my case to UIHN, any
insurance company, adjuster, or attorney involved in this case.

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES
OF AMERICA AND OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE
AND CORRECT. Assignor and Assignee agree that in the event of any action to enforce any benefit
or right under this agreement, that the jurisdiction of said enforcement shall be in the superior Court
of California, County of Orange.
EXECUTED THIS DAY            _March 19/13_

Signature of Policy Holder: X _____

Signature of Claimant, if other than Policyholder: _____

Witness: _____

# UNITED INTERNATIONAL HEALTH NET
### P.O. BOX 3220 • CHULA VISTA, CA 91909-3220
### 642 THIRD AVENUE • SUITE "H" • CHULA VISTA, CA 91910
### (619) 425-5083 • Fax: (619) 425-4531
### e-mail: celia@uihn.net

## ASSIGNMENT AND INSTRUCTIONS FOR DIRECT PAYMENT TO DOCTOR PRIVATE AND GROUP ACCIDENT AND HEALTH INSURANCE.
### DECLARATION:

Patient: ▮▮▮▮▮▮▮▮▮▮▮▮

SS#/ID#: ▮▮▮▮▮▮▮▮▮▮▮▮

CLAIM /GROUP:  *881055 -011- 00001  CASE /4500000 85*

I, ▮▮▮▮▮▮▮▮▮▮ HEREBY DECLARE
UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FOLLOWING IS TRUE AND CORRECT:

I declare that I am signing a **DIRECT ASSIGNMENT OF MY RIGHTS AND
BENEFITS** under my Hospital and Medical Insurance Policy.
I hereby instruct and direct for my Insurance COMPANY (name of insurance Company)

*AETNA / STONEBRIDGE CASUALTY INSURANCE COMPANY*

To pay by check made out and mailed to:
### UNITED INTERNATIONAL HEALTH NET, INC.
### P.O. BOX 3220
### CHULA VISTA, CA 91910
### TAX ID#: 33-0907210

For the professional services or medical expenses allowable under my current insurance policy for
services rendered to me by:
Name of provider: _____ DR. FRANCISCO J CHAVEZ
This is payment toward the total charges for the professional services rendered to me by the assigned
providers. **THIS IS A DIRECT ASSIGNMENT OF MY RIGHTS AND BENEFITS
UNDER MY INSURANCE POLICY.** The payment will not exceed my indebtness to the
above mentioned assignee, and I have agreed to pay in a current manner, any balance of said
professional charges, over and above this insurance payment.

A PHOTOCOPY OF THIS ASSIGNEMENT shall be considered as effective and valid
as the original.
I also authorize the release of any information pertinent to my case to UIHN, any
insurance company, adjuster, or attorney involved in this case.

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES
OF AMERICA AND OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE
AND CORRECT. Assignor and Assignee agree that in the event of any action to enforce any benefit
or right under this agreement, that the jurisdiction of said enforcement shall be in the superior Court
of California, County of Orange.
EXECUTED THIS DAY         *March 17/13* ▮▮▮▮▮▮▮

Signature of Policy Holder: ✕ _____

Signature of Claimant, if other than Policyholder: _____

Witness: _____

# UNITED INTERNATIONAL HEALTH NET

P.O. BOX 3220 • CHULA VISTA, CA 91909-3220
642 THIRD AVENUE • SUITE "B" • CHULA VISTA, CA 91910
(619) 425-5083 • Fax: (619) 425-4531
e-mail: celia@uihn.net

### ASSIGNMENT AND INSTRUCTIONS FOR DIRECT PAYMENT TO DOCTOR
### PRIVATE AND GROUP ACCIDENT AND HEALTH INSURANCE.
### DECLARATION:

Patient: _____

SS#/ID#: _____

CLAIM /GROUP: ___ BB1055 - 011 - 00001     CAS# 1450000085

I _____ HEREBY DECLARE
UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FOLLOWING IS TRUE AND CORRECT:

I declare that I am signing a DIRECT ASSIGNMENT OF MY RIGHTS AND
BENEFITS under my Hospital and Medical Insurance Policy.
I hereby instruct and direct for my Insurance COMPANY (name of insurance Company)

___AETNA / STONEBRIDGE CASUALTY INSURANCE COMPANY___

To pay by check made out and mailed to:

UNITED INTERNATIONAL HEALTH NET. INC.
P.O. BOX 3220
CHULA VISTA, CA 91910
TAX ID#: 33-8907210

For the professional services or medical expenses allowable under my current insurance policy for
services rendered to me by:
Name of provider: _____DR. MANUEL QUINONEZ ALVAREZ_____
This is payment toward the total charges for the professional services rendered to me by the assigned
providers. **THIS IS A DIRECT ASSIGNMENT OF MY RIGHTS AND BENEFITS
UNDER MY INSURANCE POLICY.** The payment will not exceed my indebtness to the
above mentioned assignee, and I have agreed to pay in a current manner, any balance of said
professional charges, over and above this insurance payment.

**A PHOTOCOPY OF THIS ASSIGNEMENT shall be considered as effective and valid
as the original.**
**I also authorize the release of any information pertinent to my case to UIHN, any
insurance company, adjuster, or attorney involved in this case.**

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES
OF AMERICA AND OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE
AND CORRECT. Assignor and Assignee agree that in the event of any action to enforce any benefit
or right under this agreement, that the jurisdiction of said enforcement shall be in the superior Court
of California, County of Orange.
EXECUTED THIS DAY          March 17/13

Signature of Policy Holder: X _____

Signature of Claimant, if other than Policyholder: _____

Witness: _____

# UNITED INTERNATIONAL HEALTH NET

P.O. BOX 3220 • CHULA VISTA, CA 91909-3220
642 THIRD AVENUE • SUITE "H" • CHULA VISTA, CA 91910
**(619) 425-5083 • Fax: (619) 425-4531**
e-mail: celia@uihn.net

## ASSIGNMENT AND INSTRUCTIONS FOR DIRECT PAYMENT TO DOCTOR
## PRIVATE AND GROUP ACCIDENT AND HEALTH INSURANCE.
### DECLARATION:

Patient: _____

SS#/ID#: _____

CLAIM /GROUP: *881055 -011- 00001 CA-SE 145000085*

I, _____ HEREBY DECLARE
UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FOLLOWING IS TRUE AND CORRECT:

I declare that I am signing a **DIRECT ASSIGNMENT OF MY RIGHTS AND
BENEFITS** under my Hospital and Medical Insurance Policy.
I hereby instruct and direct for my Insurance COMPANY (name of insurance Company)

*AETNA / STONEBRIDGE CASUALTY INSURANCE COMPANY*

To pay by check made out and mailed to:
UNITED INTERNATIONAL HEALTH NET, INC.
P.O. BOX 3220
CHULA VISTA, CA 91910
TAX ID#: 33-0907210

For the professional services or medical expenses allowable under my current insurance policy for
services rendered to me by:
Name of provider: _____ CLINICA LOMAS HOSPITAL
This is payment toward the total charges for the professional services rendered to me by the assigned
providers. **THIS IS A DIRECT ASSIGNMENT OF MY RIGHTS AND BENEFITS
UNDER MY INSURANCE POLICY.** The payment will not exceed my indebtness to the
above mentioned assignee, and I have agreed to pay in a current manner, any balance of said
professional charges, over and above this insurance payment.

**A PHOTOCOPY OF THIS ASSIGNEMENT shall be considered as effective and valid
as the original.**
**I also authorize the release of any information pertinent to my case to UIHN, any
insurance company, adjuster, or attorney involved in this case.**

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES
OF AMERICA AND OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE
AND CORRECT. Assignor and Assignee agree that in the event of any action to enforce any benefit
or right under this agreement, that the jurisdiction of said enforcement shall be in the superior Court
of California, County of Orange.
EXECUTED THIS DAY *March 17/13*

Signature of Policy Holder: X _____

Signature of Claimant, if other than Policyholder: _____

Witness: _____

**Assignments for Services 3/20/13 to 3/26/13**

# UNITED INTERNATIONAL HEALTH NET
### P.O. BOX 3220 • CHULA VISTA, CA 91909-3220
### 642 THIRD AVENUE • SUITE "H" • CHULA VISTA, CA 91910
### (619) 425-5083 • Fax: (619) 425-4531
### e-mail: celia@uihn.net

## ASSIGNMENT AND INSTRUCTIONS FOR DIRECT PAYMENT TO DOCTOR PRIVATE AND GROUP ACCIDENT AND HEALTH INSURANCE.
### DECLARATION:

Patient: _____

SS#ID#: _____

CLAIM /GROUP:   *88I0SS -0ll- 00001*

I _____ HEREBY DECLARE
UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FOLLOWING IS TRUE AND CORRECT:

**I declare that I am signing a DIRECT ASSIGNMENT OF MY RIGHTS AND
BENEFITS under my Hospital and Medical Insurance Policy.**
I hereby instruct and direct for my Insurance COMPANY (name of insurance Company)

*AETNA / STONEBRIDGE CASUALTY INSURANCE COMPANY*

To pay by check made out and mailed to:
UNITED INTERNATIONAL HEALTH NET. INC.
P.O. BOX 3220
CHULA VISTA. CA 91910
TAX ID#: 33-0907210

For the professional services or medical expenses allowable under my current insurance policy for
services rendered to me by:
Name of provider: _____ DR. MANUEL QUINONEZ ALVAREZ_____
This is payment toward the total charges for the professional services rendered to me by the assigned
providers. **THIS IS A DIRECT ASSIGNMENT OF MY RIGHTS AND BENEFITS
UNDER MY INSURANCE POLICY.** The payment will not exceed my indebtness to the
above mentioned assignee, and I have agreed to pay in a current manner, any balance of said
professional charges, over and above this insurance payment.

**A PHOTOCOPY OF THIS ASSIGNEMENT shall be considered as effective and valid
as the original.**
**I also authorize the release of any information pertinent to my case to UIHN, any
insurance company, adjuster, or attorney involved in this case.**

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES
OF AMERICA AND OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE
AND CORRECT. Assignor and Assignee agree that in the event of am action to enforce any benefit
or right under this agreement, that the jurisdiction of said enforcement shall be in the superior Court
of California, County of Orange.
EXECUTED THIS DAY        *March 17/13*

Signature of Policy Holder: X _____

Signature of Claimant, if other than Policyholder: _____

Witness: _____

3

# UNITED INTERNATIONAL HEALTH NET
### P.O. BOX 3220 • CHULA VISTA, CA 91909-3220
### 642 THIRD AVENUE • SUITE "H" • CHULA VISTA, CA 91910
### (619) 425-5083 • Fax: (619) 425-4531
### e-mail: celia@uihn.net

## ASSIGNMENT AND INSTRUCTIONS FOR DIRECT PAYMENT TO DOCTOR
## PRIVATE AND GROUP ACCIDENT AND HEALTH INSURANCE.
## DECLARATION:

Patient: _____

SS#ID#: _____

CLAIM /GROUP: _____ 881055 -011- 00001 _____

I _____ HEREBY DECLARE
UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FOLLOWING IS TRUE AND CORRECT:

I declare that I am signing a **DIRECT ASSIGNMENT OF MY RIGHTS AND
BENEFITS** under my Hospital and Medical Insurance Policy.
I hereby instruct and direct for my Insurance COMPANY (name of insurance Company)

_AETNA / STONEBRIDGE CASUALTY INSURANCE COMPANY_
To pay by check made out and mailed to:
UNITED INTERNATIONAL HEALTH NET, INC.
P.O. BOX 3220
CHULA VISTA, CA 91910
TAX ID#: 33-0907210

For the professional services or medical expenses allowable under my current insurance policy for
services rendered to me by:     CLINICA LOMAS HOSPITAL
Name of provider: _____.
This is payment toward the total charges for the professional services rendered to me by the assigned
providers. **THIS IS A DIRECT ASSIGNMENT OF MY RIGHTS AND BENEFITS
UNDER MY INSURANCE POLICY.** The payment will not exceed my indebtness to the
above mentioned assignee, and I have agreed to pay in a correct manner, any balance of said
professional charges, over and above this insurance payment.

**A PHOTOCOPY OF THIS ASSIGNEMENT shall be considered as effective and valid
as the original.**
**I also authorize the release of any information pertinent to my case to UIHN, any
insurance company, adjuster, or attorney involved in this case.**

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES
OF AMERICA AND OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE
AND CORRECT. Assignor and Assignee agree that in the event of any action to enforce any benefit
or right under this agreement, that the jurisdiction of said enforcement shall be in the superior Court
of California, County of Orange.
EXECUTED THIS DAY      _March 17/13_

Signature of Policy Holder: X _____

Signature of Claimant, if other than Policyholder: _____

Witness: _____

5

# EXHIBIT B

**Service for 3/17/13 to 3/19/13**

| | | |
|---|---|---|
| Dr. Jose Garcia Escobosa | | $198.00 |
| Lomas Ambulance | | $760.00 |
| Dr. Francisco Chavez | | $2,358.00 |
| Dr. Manuel Alvarez Quinonez | | $595.00 |
| Hospital Clinica Lomas | | $9,942.06 |
| | Total | $13,385.06 |
| | Deposit by Patient | $2,500.00 |
| | Balance | $11,353.06 |

**Service for 3/20/13 to 3/26/13**

| | | |
|---|---|---|
| Dr. Manuel Alvarez Quinonez | | $1,135.00 |
| Hospital Clinica Lomas | | $1,590.00 |
| | Total | $2,725.00 |
| | Deposit by Patient | $0.00 |
| | Balance | $2,725.00 |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

United International Health Net, Inc. v. Aetna, Inc.

O.C.S.C. Case No.: 30-2013-00677001-CL-CL-CJC

U.S.D.C. Central Case No.: *Removal Pending*

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707.**

On October 25, 2013, I served the foregoing document described as **NOTICE OF REMOVAL** on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☒   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**  The foregoing document will be served by the court via NEF.  On October 25, 2013 I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail List to receive NEF transmission at the email address(es) indicated in the attached service list.

☒   (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 25, 2013, at Santa Ana, California.

_____
MICHELLE E AULT

**SERVICE LIST**
United International Health Net, Inc. v. Aetna, Inc.
O.C.S.C. Case No.: 30-2013-00677001-CL-CL-CJC
U.S.D.C. Central Case No.: Removal Pending

| | |
|---|---|
| Michael Sayer, Esq. | T  949.341.0207 |
| Debt Recovery Attorney | F  949.341.0215 |
| 17595 Harvard, Suite C-557 | E  msayer@clmapc.com |
| Irvine, CA 92614 | |
| | Attorney for Plaintiff, United International Health Net, Inc. |

AlvaradoSmith
A Professional Corporation
Santa Ana

**PROOF OF SERVICE**

3712364.1 -- N1268.6